IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

In re: ) Case No 11-42230-705
    Lawanda Watson )
      Debtor ) Chapter 7
)

### Robert Dellamano's Response and Disclosure To Order

  Comes Now, Robert Dellamano, Attorney at Law, and states, the following Order was received via U.S. Mail on December 29, 2015 at 3919 Washington St. Louis Mo, 63108, after the response date. Said notice was not sent to Dellamano's address of record, 100 S. 4th Street, St. Louis, Mo 63102.

  Dellamano states that he had no knowledge prior to this Order of Debtor, Debtor's case filings, Debtor's pleading, Debtor's faxes nor Debtor's amendments.

US Bankruptcy Courts
111 S. Tenth St
St. Louis, Mo 63102

Office of US Trustee
111 S. Tenth St Ste 6.353
St. Louis, Mo 63102

Respectfully submitted,

Robert J. Dellamano #6310686IL
Attorney at Law
100 S. 4th Street, Ste. 550
St. Louis, MO 63102
(314) 499-6900 office
(314) 300-4650 fax
robert.dellamano@yahoo.com

Certificate of Service
  I hereby certify that a true and correct copy of the above and forgoing was served by regular mail this 29th day of December, 2015 on the following:

Office of US Trustee
111 S. Tenth St Ste 6.353
St. Louis, Mo 63102

Robert J. Dellamano #6310686IL