UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| RAHNEA A. RIDDLE, and ) | Case No. 09-51755-705 |
| **cases on the attached list**, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

### Order Removing James Clifton Robinson as Attorney of Record Representing Debtors During the Term of Suspension

The matter before the Court is Amended Memorandum Opinion and Order dated June 11, 2014, entered in *In re LaToya L. Steward*, Debtor, Case No. 11-46399-705, that suspended Mr. Robinson from practice before the U.S. Bankruptcy Court for the Eastern District of Missouri. Based upon a consideration of the record as a whole,

**IT IS ORDERED THAT** the Clerk of the Bankruptcy Court is directed to remove James Clifton Robinson as attorney of record representing Debtors in the cases on the attached list during the term of the suspension; and

**IT IS FURTHER ORDERED THAT** once the suspension is lifted, James Clifton Robinson may file an entry of appearance to be returned as the attorney of record.

_____
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: January 7, 2016
St. Louis, Missouri

Copies to:

All Creditors and Parties in Interest.

| Name | Case No. | Case Title |
|---|---|---|
| Robinson, James Clifton (aty) (45 cases) | 09-51755 | Rahnea A Riddle |
| | 10-41456 | Yvette Robinson |
| | 10-47304 | LaDawna Elynne Alford |
| | 10-51118 | Dorothy Denise Winder |
| | 11-42230 | Lawanda C Watson |
| | 11-46399 | LaToya L Steward |
| | 11-47341 | Donna Delores Pipkins |
| | 11-48132 | Stanley Paine |
| | 12-43433 | Jackie Webster |
| | 12-44748 | Marion Brooks |
| | 12-47736 | Darlene Turner |
| | 12-48378 | Patricia G. Larue |
| | 12-48683 | Leroy Ellis and Martha Ann Ellis |
| | 12-49145 | Jenifer Kiley Pittman |
| | 12-49372 | Ronald M Scott |
| | 12-49627 | Carmen Lita Culpepper-Burns |
| | 12-50021 | Mona L Lang |
| | 12-50730 | Donald Kennis Scales, Jr. and Shaela T. Scales |
| | 13-40556 | Shirley Ann Jenkins Braziel |
| | 13-40679 | Kathy J. Mills |
| | 13-40795 | Reginald Jerome Davis |
| | 13-40879 | Elzy D Mitchell and Cora V. Mitchell |
| | 13-41158 | Theresa Lawrence |
| | 13-41257 | Danielle Schnea Ellis |
| | 13-41446 | Xandriell R Walker-Black |
| | 13-42131 | Lashanda Mona Daniels |

| Case Number | Name |
|---|---|
| 13-42293 | Tiffany Renee Lewis |
| 13-42960 | Derek Keith Johnson |
| 13-43217 | Guy Davidson, Jr. |
| 13-43339 | Michael Anthony Strahan and Mary Patricia Ann Strahan |
| 13-44094 | Jerome Taylor and Arethia Taylor |
| 13-44145 | Luvenia Nadine West |
| 13-45875 | Tameisha Nacole Perkins |
| 14-40349 | Vivian Renee Greer |
| 14-41620 | Vernita Renee Nettles |
| 14-41748 | Montoyia D Alsup |
| 14-41753 | Teniesha Monique Clay |
| 14-42594 | Tracy Lyn Tinnon |
| 14-43313 | Nicole Rachelle Zimmerman |
| 14-43354 | Randy Shaw and Sharona Therese Franks |
| 14-44015 | Darren Bernard Carter |
| 14-44090 | Pearlean McClendon |
| 14-44196 | Trenette Marie Pierce |
| 14-44329 | Nina Lynne Logan |
| 14-44434 | Darrell Moore and Jocelyn Antoinette Moore |